## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

          *Plaintiff*,

v.

**Defendant No. 1:**
$70,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 2:**
$474,028.20 IN UNITED STATES CURRENCY;

**Defendant No. 3:**
$738,895.10 IN UNITED STATES CURRENCY;

**Defendant No. 4:**
$267,087.12 IN UNITED STATES CURRENCY;

**Defendant No. 5:**
$500,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 6:**
$705,274.76 IN UNITED STATES CURRENCY;

**Defendant No. 7:**
$247,297.85 IN UNITED STATES CURRENCY;

**Defendant No. 8:**
$602,226.99 IN UNITED STATES CURRENCY;

**Defendant No. 9:**
$250,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 10:**
$250,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 11:**
$185,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 12:**
$80,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 13:**
$218,000.00 IN UNITED STATES CURRENCY;

Civil No.:   19-CV-286-KEW

##

**Defendant No. 14:**
$65,000.00 IN UNITED STATES CURRENCY;

**Defendant No. 15:**
REAL PROPERTY LOCATED AT
18428 COUNTY ROAD 1557
ADA, OKLAHOMA 74820

**Defendant No. 16:**
10 ACRES OF REAL PROPERTY,
PONTOTOC COUNTY, OKLAHOMA

**Defendant No. 17:**
REAL PROPERTY LOCATED AT
200 SOUTH OKLAHOMA AVENUE, APT. 302
OKLAHOMA CITY, OKLAHOMA 73104-2486;

and

**Defendant No. 18:**
REAL PROPERTY LOCATED AT
1631 ARLINGTON STREET
ADA, OKLAHOMA 74820,

*Defendants*.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the *United States' Unopposed Amended Motion for Final Order of Forfeiture* (Docket Entry #59). The Court having reviewed said Motion FINDS that:

The United States commenced this civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 985(b)(1). (Doc. 2);

The facts and verifications as set forth in the *Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final order of forfeiture as to Defendants No. 1 through 14;#

##
#

All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 4 and 38);

The United States and claimants, Bryan Blanck and Nicole Blanck, reached a settlement resolving all issues in dispute as to the above-captioned defendant assets. The settlement provides, in part, that the United States agrees to dismiss Defendants No. 15, 16, 17, and 18 from this action in exchange for claimants, Bryan Blanck and Nicole Blanck, agreement to forfeit Defendants No. 1 through 14 to the United States. Claimant Christopher Lee reviewed the settlement agreement and did not object to its terms.

The parties to the settlement agreement waive any claim to costs and attorney's fees under Fed. R. Civ. P. 54, 28 U.S.C. § 2465, and the Local Civil Rules of the United States District Court for the Eastern District of Oklahoma, LCvR 54.1 and 54.2; and

No other claims have been filed as to the defendant assets, and the time for any interested party to do so has elapsed.

IT IS THEREFORE ORDERED that:

The *United States' Unopposed Amended Motion for Final Order of Forfeiture* (Docket Entry #59) is hereby GRANTED;

The United States shall have full and legal title to the following assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' settlement agreement: Defendants No. 1 through 14; and

The remaining Defendants No. 15, 16, 17, and 18 are hereby dismissed from this action without prejudice pursuant to the terms and conditions of the settlement agreement.

IT IS SO ORDERED this 11th day of April, 2023.

BY THE COURT:

_____
Kimberly E. West
United States Magistrate Judge
Eastern District of Oklahoma